JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard Jastrzebski

**(b)** County of Residence of First Listed Plaintiff: **Bucks**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel Schwartz, Esquire
P.O. Box 100
Jamison, PA 18929    (215) 491-3500

## DEFENDANTS
Wand Topco, Inc         Aiton Dos Santos
Caliber Collison        Nicholas Smith

County of Residence of First Listed Defendant: **Texas**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | |
| | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity  28 U.S.C. 1332

Brief description of cause:
Auto Accident. Defendant struck vehicle Plaintiff was driving

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 3/14/22

SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __241 Barbara Lane  Warminster, PA  18974__

Address of Defendant: __11530 Emerald Street  Dallas  Texas  75226__

Place of Accident, Incident or Transaction: __Bensalem, Bucks County, Pennsylvania__

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [•] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __3/14/22__    _/s/ DS_ (signature) — *Attorney-at-Law / Pro Se Plaintiff*    __76262__ *Attorney I.D. # (if applicable)*

---

CIVIL: (Place a √ in one category only)

A. *Federal Question Cases:*
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases
    *(Please specify):* _____

B. *Diversity Jurisdiction Cases:*
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [✓] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify):* _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
    *(Please specify):* _____

---

ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Daniel Schwartz__, counsel of record *or* pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

[ ] Relief other than monetary damages is sought.

DATE: __3/14/22__    _/s/ DS_ (signature) — *Attorney-at-Law / Pro Se Plaintiff*    __76262__ *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JASTRZEBSKI | : Docket Number: |
| vs. | : |
| WAND TOPCO, INC | : Jury Trial Demanded |
| and | : |
| CALIBER COLLISION CENTERS | : |
| and | : |
| AITON DOS SANTOS | : |
| and | : |
| NICHOLAS SMITH | : |

## CIVIL COMPLAINT

TO THE HONORABLE, THE JUDGES OF SAID COURT:

Plaintiff, Richard Jastrzebski, by and through his attorney, Daniel Schwartz, Esquire, respectfully represents the following:

### Parties

1. Plaintiff, Richard Jastrzebski, is an adult individual whose current address is 241 Barbara Lane, Warminster, Bucks County, Pennsylvania, 18974.

2. Defendant, Wand Topco, Inc., is a corporate entity with an address of 11530 Emerald Street, Dallas, Texas, 75226.

3. Defendant, Caliber Collision, is a fictitious name entity registered with the Pennsylvania Department of Corporations that Wand Topco, Inc. does business under and has an address of 401 E. Corporate Drive, Suite 150, Lewisville, Texas 75057.

4. Aiton Dos Santos is an adult individual with an address of 9987 Sandy Road, A, Philadelphia, Pennsylvania 19115.

5. Nicholas Smith is an adult individual with an address of 2754 Mower Street, Philadelphia, Pennsylvania 19152.

## Jurisdiction

6. This Honorable Court has jurisdiction over this matter pursuant to diversity of citizenship under 28 U.S.C. 1332 since Plaintiff and the two primary Defendants reside in different states and the amount in controversy exceeds the jurisdictional requirements for diversity. Furthermore, the automobile accident in question occurred in Bucks County, Pennsylvania.

7. Plaintiff, Richard Jastrzebski, is a citizen of Pennsylvania.

8. Defendant, Wand Topco Inc, is a corporate entity registered in Texas.

9. Defendant, Caliber Collision, is a business entity name registered with a home office in Texas.

## Statement of Case

10. On or about 9:00 am on March 19, 2020, Plaintiff was traveling on state route 132, also known as Street Road, in Bensalem, Bucks County, Pennsylvania.

11. Plaintiff was traveling in the curb lane of traffic.

12. Street Road is a four lane trafficway in this area with turning lanes.

13. As Plaintiff approached the intersection for Reading Lane, Defendant Dos Santos, was in the passing lane of travel and attempted to cross two lanes of traffic and effectuate a right turn.

14. In doing so, Dos Santos struck the vehicle being driven by Plaintiff which resulted in a forceful violent collision.

15. The violent collision and actions by Dos Santos resulted in loss of income and other financial losses to Plaintiff, and such loss amounts will continue to accrue in the future.

16. The violent collision and actions by Dos Santos resulted in medical bills, future medical bills, and/or other related medical expenses that will continue to accrue in the future.

17. Do Santos was employed by Caliber Collison, which also does business as Wand Topco, Inc.

18. The car being operated by Dos Santos was owned by Defendant Smith who gave permissive use of his vehicle.

19. Caliber Collison and Wand Topco, Inc., are liable for the actions and damages caused by Dos Santos.

20. Smith is liable for the actions and damages caused by Dos Santos.

21. The violent collision and actions by Dos Santos resulted in personal injury to Plaintiff that are severe, ongoing, and permanent, including but not limited to:

   a. Concussion syndrome.

   b. Herniated disc.

   c. Bulging disc.

   d. Back pain, neck pain, shoulder pain, and other body pain.

   e. Memory issues, lack of focus and attention, and other cognitive ailments.

   f. Loss of body strength, inability to stand for periods of time.

   g. Emotional trauma, fear, anxiety, and other psychological ailments.

   h. Other injuries as known or will be known during ongoing medical treatment.

22. Dos Santos violated a duty of care to Plaintiff by failing to operate his vehicle in a safe and prudent manner.

23. The aforesaid accident and resulting injuries and damages sustained by Plaintiff were caused as a direct and proximate result of the negligence, carelessness and other conduct of Dos Santos, including but not limited to:

   a. Failing to operate his vehicle in a safe and prudent manner.

   b. Failing to recognize the conditions, hazards, traffic or other factors on the roadway.

   c. Driving too fast.

   d. Failing to stop in time to avoid a collision.

   e. Failing to yield the right away to another motorist.

   f. Making a right turn from the passing lane of a multiple lane trafficway.

g. Making a right turn from the improper lane of the roadway.

h. Failing to stay within his lane of travel.

i. Failing to pay attention while driving.

j. Driving while distracted.

k. Failing to exercise reasonable standards or care while driving.

l. Violating provisions of the Pennsylvania Motor Vehicle Code.

m. Such other acts or omissions that may be discovered during this litigation.

WHEREFORE, Plaintiff respectfully requests judgement in his favor and against Defendants in a sum in excess of One Hundred Twenty Five Thousand Dollars ($125,000.00), together with other damages appropriate.

Respectfully submitted,

_____
Daniel Schwartz, Esquire

# Verification

I, RICHARD JASTRZEBSKI, do hereby swear, verify and/or affirm that the statements made in this document are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to penalties of 18 Pa.C.S.A. 4904 relating to unsworn falsification to authorities.

Date 3/14/22

_[signature]_
Signature